# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Angela G. Sexton, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:16-cv-00044-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Skyline Membership Corp., | ) | |
| | ) | |
| Defendant, | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 12, 2017 Order.

April 12, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court